*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 22-BG-134**

IN RE KEITH M. BONNER

**2020 DDN 15**

A Member of the Bar of the
District of Columbia Court of Appeals

**Bar Registration No. 305938**

BEFORE: McLeese and Howard, Associate Judges, and Washington, Senior Judge.

## O R D E R
(FILED— April 14, 2022)


On consideration of the certified copy of the order from the state of Maryland disbarring respondent from the practice of law in that state; this court's March 9, 2022, order suspending respondent from the practice of law in this jurisdiction and directing him to show cause why reciprocal discipline should not be imposed; respondent's response thereto wherein he states he does not object to reciprocal disbarment; and the statement of Disciplinary Counsel; and it appearing that respondent filed his D.C. Bar R. XI, §14(g) affidavit on March 21, 2022, it is

ORDERED that Keith M. Bonner is hereby disbarred from the practice of law in the District of Columbia *nunc pro tunc* to March 21, 2022. *See In re Sibley*, 990 A.2d 483 (D.C. 2010), and *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies unless one of the exceptions is established).

**PER CURIAM**